IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**NIMITZ TECHNOLOGIES LLC,**

        **Plaintiff,**

        v.

**REDDITT, INC.,**

        **Defendant.**

Case No. 1:21-cv-01249-CFC

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed before service by the defendant of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

        Respectfully Submitted,

        */s/ George Pazuniak*
        George Pazuniak (DE Bar No. 478)
        O'Kelly & O'Rourke, LLC
        824 North Market Street, Suite 1001A
        Wilmington, DE 19801
        Direct: 207-359-8576
        gp@del-iplaw.com

        *Attorney for Plaintiff*